IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: Steven Tullius | § | CASE NO. 11-30381 |
| | § | |
| Debtor | § | CHAPTER 13 |

## MOTION TO DISMISS MISFILED CASE

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

Comes now, Steven Tullius, Debtor herein, by and through his attorneys of record, Watson & Maynez, P.C. and file this Motion to Dismiss Misfiled Case and in support would show as follows:

Debtor filed their petition for bankruptcy electronically on February 28, 2011. During the filing process of the present case, a mistake was discovered and the undersigned counsel by and through his support staff attempted to abort the filing process. However, the present case was generated.

A second electronic filing process was undertaken, resulting in a duplicate case under Case Number 11-30382.

Debtor moves to dismiss the first and present case as misfiled.

Debtor moves for the court to make orders that the present case shall not constitute a prior pending case under 11U.S.C.§362(c) (3) (B) as it regards Case Number 11-30382 which was filed on the same day and is currently pending before the Court.

Debtor prays for such other and further relief as is just.

Respectfully Submitted,

WATSON AND MAYNEZ, P.C.
1123 E. Rio Grande Ave.
El Paso, TX 79902
(915) 562-4357 Tel.

Fax: (866) 201-0967

By: /s/ Matt Watson
Matt Watson
State Bar No. 24028878

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:   **Stephen Patrick Tullius**               CASE NO.   **11-30381**

                                                  CHAPTER    **13**

## Certificate of Service

I hereby certify that as of the date of filing the attached document, I have mailed/delivered a true and correct copy of the foregoing instrument to each party listed herein.

Date:   **3/1/2011**                              /s/ Matt Watson
                                                  **Matt Watson**
                                                  Attorney for the Debtor(s)

Advanta Bank Corp
xxxxxxxxxxxx3146
Po Box 844
Spring House, PA 19477

American Honda Finance
xxxx6752
PO Box 168088
Irving, TX 75016

Citi Financial Mortgage
xxxxxxxxxxxx3842
Attention:  Bankruptcy Department
PO Box 140069
Irving, TX 75014

Afni, Inc.
xxxxxx1682
Attn: DP Recovery Support
PO Box 3427
Bloomington, IL 61702

Bank Of America
xxxxxxxx7466
4161 Piedmont Parkway
Greensboro, NC 27410

Citibank Sd, Na
xxxxxxxxxxxx8001
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

ALLTEL COMMUNICATIONS
1 ALLIED DRIVE B4F03
LITTLE ROCK, AR  72202

Bennett Law
10542 South Jordan Gateway, Ste. 200
South Jordan, Utah 84095

Citimortgage Inc
xxxxxx2739
Po Box 9438
Gaithersburg, MD 20898

American Express
xxxxxxxxxxxx9483
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

C2C Resources, LLC
xxxx-xx2446
Perimeter Center East
Atlanta, GA 30346

COFASE Collection North America
PO Box 8510
Metairie LA 70011

American Express
xxxx-xxxxxx-x1006
P.O. Box 26312
Lehigh Valley, PA  18002

CBE Group
xxxxxx6682
131 Tower Park Dr Suite 1
Waterloo, IA 50702

Consecofin
xxxxxxxxxxxx0011
1400 Turbine Drive
Rapid City, SD 57701

American General Finan
xxxxxxxxxxxx5304
1506 N Lee Trevino Dr St
El Paso, TX 79936

Chase
xxxxxxxxxx9280
Po Box 15298
Wilmington, DE 19850

Credit Clearing House, Inc
xxxxxxxx5893
925 Westchester Ave Suite 101
White Plains, NY 10604

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Stephen Patrick Tullius**  CASE NO. **11-30381**

CHAPTER **13**

## Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| DCS<br>xxxxxxx920A<br>P.O. Box 9046<br>Pleasanton, CA 94566-9046 | Forbes & Forbes<br>711 Myrtle<br>El Paso, TX 79901 | Lowes Commercial Services<br>xxxxxxxxxx6108<br>PO Box 530970<br>Atlanta, GA 30353-0970 |
| Ehrlich Law Frim<br>444 Executive Center Blvd suite 240<br>El Paso,Tx 79902 | Gemb/jcp<br>xxxxxxxxxxx4611<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | LTD Financial Services, L.P.<br>xxxxx5620<br>7322 Southwest Freeway, Ste. 1600<br>Houston, TX 77074 |
| El Paso Tax Assessor-Collector<br>2 Civic Center Plaza, RM 123A<br>El Paso, Texas 79901 | Hold Babington Mynatt PC<br>PO Box 2699<br>Las Cruces, NM 88004 | LTD Financial Services, L.P.<br>xxxxx5621<br>7322 Southwest Freeway, Ste. 1600<br>Houston, TX 77074 |
| First Data<br>xxxxxxxx5000<br>1307 Walt Whitman Rd<br>Melville, NY 11747 | John Tullius<br>965 Celum Rd.<br>Clint, TX 79836 | LVNV Funding, LLC<br>P.O. Box 10584<br>Greenville, SC 29603 |
| First Federal Bank<br>7015 N. Mesa<br>El Paso, TX 79912 | Larry Long<br>P.O. Box 44, Route 23<br>Marengo, Il 60152 | Mortgage Service Cente<br>xxxxxxxxx3759<br>Attn: Bankruptcy<br>2001 Bishops Gate Blvd<br>Mt Laurel, NJ 08054 |
| Flr Solution<br>xxxxxxxxxxxx8590<br>800 Walnut Street<br>Des Moines, IA 50309 | Law Office of Michael R Nevarez<br>PO Box 920786<br>El Paso, TX 79902 | Mortgage Service Cente<br>xxxxxxxxx0144<br>Attn: Bankruptcy<br>2001 Bishops Gate Blvd<br>Mt Laurel, NJ 08054 |
| Forbes & Forbes<br>x2365<br>711 Myrtle<br>El Paso, TX 79901 | LINEBARGER GOGGAN BLAIR &<br>SAMPSON L.L.P.<br>711 NAVARRO, STE. 300<br>SAN ANTONIO, TX 78205 | Mounce, Green, Myers, SAFI, Paxson<br>& Gal<br>100 N. Stanton Suite 1700<br>El Paso, TX 79901 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Stephen Patrick Tullius**　　　　　　　　　　　CASE NO. **11-30381**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**

## Certificate of Service

(Continuation Sheet #2)

---

| | |
|---|---|
| Pablo Contreras<br>8359 Rose Haven<br>El Paso, TX  79907 | RMS<br>xxxxxx2495<br>4836 Breckville Road<br>P.O. Box 539<br>Richfield, OH  44286 |
| Pella Windows and Doors<br>xxxxxxME01<br>3700 Rutledge NE<br>Albuquerque, NM 87109 | State Natl Bk Of West<br>xxxx7241<br>100 North Main Street<br>West, TX 76691 |
| PRO Consulting Services, INC<br>xxxxxxxxxxxx0487<br>P.O. BOX 66768<br>Houston, TX 77266 | Stephen Patrick Tullius<br>7840 Pecan Court<br>El Paso, TX  79915 |
| Pronto Mortgage, LLC<br>3737 Gateway Blvd.<br>El Paso, TX  79903 | Valentine & Kebartas, INC<br>xxxxxxxxx-xx-8112<br>P.O. BOX 325<br>Lawrence, MA 01842 |
| Quirino Santillano<br>8454 Island Circle<br>Fort Worth, TX  76173 | Vengroff, Williams & Assoc<br>PO Box 4155<br>Sarasota, FL 34230 |
| Rene Mier<br>156 Cherry Street<br>El Paso, TX 79915 | Wffinancial<br>xxxxxxxxxxx1354<br>800 Walnut St<br>Des Moines, IA 50309 |
| Richard Moore<br>4562 Kingwood Drive, #E165<br>Kingwood, TX  77345 | Wffnatbank<br>xxxxxx5791<br>Bankruptcy<br>4137 121st St<br>Urbandale, IA 50323 |